UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Ofelia P.D.,

     Plaintiff,

v.

Steven Rice, *Field Office Director, U.S. Citizenship and Immigration Services, Minneapolis, MN*; Joseph B. Edlow, *Director, U.S. Citizenship and Immigration Services, Washington D.C.*; Markwayne Mullin, *Secretary, Department of Homeland Security, Washington D.C.*; and Todd Blanche, *Acting Attorney General, U.S. Department of Justice*,[1]

     Defendants.

File No. 26-cv-2107 (ECT/DLM)

**ORDER**

---

Pursuant to the parties' Stipulation for Remand [ECF No. 5], and for good cause shown, **IT IS ORDERED THAT**:

1.    This case is **REMANDED** to U.S. Citizenship and Immigration Services ("USCIS");

2.    USCIS shall issue its decision on Plaintiff's application within 14 business days of this Court's Order remanding the case to USCIS;

3.    If USCIS grants Plaintiff's application, then USCIS will issue a scheduling notice for the Plaintiff's oath ceremony within 30 days of this Court's Order remanding the case to USCIS;

---

[1]    Todd Blanche is substituted for Pamela Bondi pursuant to Fed. R. Civ. P. 25(d).

4.      This case is **DISMISSED WITHOUT PREJUDICE**, with each party to bear its own costs and attorneys' fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  April 27, 2026                              s/ Eric C. Tostrud
                                                    Eric C. Tostrud
                                                    United States District Court